**Order filed September 4, 2014**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00363-CV

———————

**WILFRIDO MATA, Appellant**

**V.**

**HARRIS COUNTY, TEXAS, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-44692**

## O R D E R

Appellant's brief was due August 20, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before October 6, 2014, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM